UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

STEPHANIE MURO, on behalf of themselves and others similarly situated,

    Plaintiff(s),

vs.

Case No.: 2:23-cv-00616-JLB-NPM

INTERLOCK SECURITY GROUP, INC., a Florida Profit Corporation,

    Defendant.    /

## NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action is related to the following pending or closed civil or criminal case(s) previously filed in this Court or any other Federal or State court or administrative agency:

**NO RELATED ACTIONS**

I further certify that I will serve a copy of this **NOTICE OF RELATED ACTION** upon each party no later than fourteen days after appearance of the party.

DATED on this 18th day of August 2023.  Respectfully submitted,

**/s/ MATTHEW GUNTER, ESQ.**
Matthew R. Gunter, Esquire
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Avenue, 16th Floor
Orlando, FL 32801
Telephone: (407) 236-0946
Facsimile: (407) 867-4791
Email: MGunter@forthepeople.com
*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

**/s/ MATTHEW GUNTER, ESQ.**
Matthew R. Gunter, Esquire
